FILED
 2007 Mar-29  AM 11:59
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **WACHOVIA BANK, NATIONAL ASSOCIATION, a national banking association,** | ) ) ) | |
| PLAINTIFF, | ) | |
| VS. | ) | 2:06-cv-1349-JHH |
| **ONYX CAPITAL VENTURES, L.L.C., a limited liability company,** | ) ) | |
| DEFENDANT. | | |

## FINDINGS AND CONCLUSIONS

This cause is before the court on the February 6, 2007 motion (Doc. #18) for entry of default and for default judgment, together with the evidentiary submission (Doc. #20) filed by plaintiff on February 8, 2007.  The court makes the following findings and conclusions:

1.  The summons and complaint were served upon defendant September 14, 2006 (Doc. #10) and an answer (Doc. #11) was filed by defendant through counsel on October 27, 2006.  By order (Doc. #17) entered December 20, 2006, counsel was authorized to withdraw, and no new counsel has entered an

appearance for defendant.  Defendant is therefore in default, and its default will be entered by separate order.

    2.    Defendant is indebted to plaintiff in the principal sum of $1,700,000.00, together with accrued interest in the amount of $186,516.03.

    3.    Plaintiff is due to recover from defendant the sum of $1,886,516.03, plus attorneys fees in the amount of $9,775.00, for a total judgment amount of $1,896,291.03, plus interest hereafter at the prevailing legal rate per annum until paid in full.

    4.    A separate judgment by default will be entered.

**DONE** this the __29th__ day of March, 2007.

_____
*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE